UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOE ALEXANDER

    Plaintiff,

v.                                  Case No. 3:19-cv-00688-JAG

DIET MADISON AVENUE, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE

Please take notice that David B. Lacy, of Christian & Barton LLP, hereby appears as counsel of record in the above matter for proposed intervenors The Interpublic Group of Companies, Inc. and The Martin Agency..

Date: October 8, 2019.                        Respectfully submitted,

                                                      THE INTERPUBLIC GROUP OF
                                                      COMPANIES, INC.
                                                      and
                                                      THE MARTIN AGENCY

                                                      By Counsel

/s/ David B. Lacy
David B. Lacy (VSB #71177)
Lauren E. Fisher White (VSB #80360)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.: (804) 697-4100
Fax: (804) 697-4112
dlacy@cblaw.com
lfwhite@cblaw.com

Maura J. Wogan*
Nicole Bergstrom*

FRANKFURT KURNIT KLEIN & SELZ, PC
28 Liberty Street
New York, New York 10005
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
mwogan@fkks.com
nbergstrom@fkks.com
\* *pro hac vice* admission pending

*Counsel for Proposed Intervenors*
*The Interpublic Group of Companies, Inc.*
*and The Martin Agency*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October, 2019, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

>Steven S. Biss (VSB #32972)
>300 West Main Street, Suite 102
>Charlottesville, Virginia 22903
>Telephone: (804) 501-8272
>Facsimile: (202) 318-4098
>Email: stevenbiss@earthlink.net
>
>*Counsel for Plaintiff Joe Alexander*

>/s/ David B. Lacy
>David B. Lacy (VSB #71177)
>CHRISTIAN & BARTON, LLP
>909 East Main Street, Suite 1200
>Richmond, Virginia 23219-3095
>Tel.: (804) 697-4100
>Fax: (804) 697-4112
>dlacy@cblaw.com