UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOE ALEXANDER

    Plaintiff,

v.                                                  Case No. 3:19-cv-00688-JAG

DIET MADISON AVENUE, *et al.*,

    Defendants.

## NOTICE OF FILING MOTION TO SEAL

PLEASE TAKE NOTICE that Proposed Intervenors, The Interpublic Group of Companies, Inc. ("IPG") and The Martin Agency ("Martin") (collectively, the "Proposed Intervenors"), pursuant to Rule 5 of the Local Civil Rules of the United States District Court for the Eastern District of Virginia, has this day filed a Motion For Leave to Intervene, To Seal Confidential Information and For Protective Order ("Motion to Intervene and Seal"), which is a sealing motion, in that it seeks the entry of an order that would provide for the filing of documents partially under seal.

Pursuant to Local Rule 5(C), parties and non-parties may submit memoranda in support of or in opposition to the Motion to Intervene and Seal within seven (7) days after the filing of the Motion to Intervene and Seal, and they may designate all or part of such memoranda as confidential. Under Local Rule 5(C), "[a]ny information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the motion to seal." Any person objecting to the Motion to Intervene and Seal must file an objection with the Clerk within seven (7) days after the

filing of the Motion to Intervene and Seal and, if no objection is filed in a timely manner, the Court may treat the Motion to Intervene and Seal as uncontested.

Date:   October 8, 2019.                                         Respectfully submitted,

                                                                 THE INTERPUBLIC GROUP OF
                                                                 COMPANIES, INC.
                                                                 and
                                                                 THE MARTIN AGENCY

                                                                 By Counsel

/s/
David B. Lacy (VSB #71177)
Lauren E. Fisher White (VSB #80360)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.:   (804) 697-4100
Fax:   (804) 697-4112
dlacy@cblaw.com
lfwhite@cblaw.com

Maura J. Wogan*
Nicole Bergstrom*
FRANKFURT KURNIT KLEIN & SELZ, PC
28 Liberty Street
New York, New York 10005
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
mwogan@fkks.com
nbergstrom@fkks.com
* *pro hac vice* admission pending

*Counsel for Proposed Intervenors*
*The Interpublic Group of Companies, Inc.*
*and The Martin Agency*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October, 2019, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

>  Steven S. Biss (VSB #32972)
>  300 West Main Street, Suite 102
>  Charlottesville, Virginia 22903
>  Telephone:   (804) 501-8272
>  Facsimile:   (202) 318-4098
>  Email:       stevenbiss@earthlink.net
>
>  *Counsel for Plaintiff Joe Alexander*

/s/
Lauren E. Fisher White (VSB #80360)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.:   (804) 697-4100
Fax:    (804) 697-4112
lfwhite@cblaw.com

#2540004