UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOE ALEXANDER

        Plaintiff,

v.                                  Case No. 3:19-cv-00688-JAG

DIET MADISON AVENUE
DMA DOE DEFENDANTS 1-17
ADWEEK, LLC

and

PATRICK COFFEE

        Defendants.

**PROPOSED INTERVENORS THE INTERPUBLIC GROUP, INC. AND THE MARTIN AGENCY'S FINANCIAL DISCLOSURE <u>PURSUANT TO LOCAL RULE 7.1</u>**

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia, Defendants The Interpublic Group of Companies, Inc. ("IPG") and The Martin Agency ("Martin") (together, "Proposed Intervenors"), by counsel, submit the following information:

    1. IPG has no parent company and is a publicly held corporation;

    2. No publicly held entity owns more than 10% stock of IPG;

    3. Martin is a wholly owned subsidiary of IPG; and

    4. Neither Proposed Intervenor has any subsidiary or affiliate (corporate or otherwise) that has issued stock or debt securities to the public.

Respectfully submitted,

THE INTERPUBLIC GROUP OF COMPANIES, INC.

and

THE MARTIN AGENCY

By Counsel

/s/ _____
David B. Lacy (VSB #71177)
Lauren E. Fisher White (VSB #80360)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.: (804) 697-4100
Fax: (804) 697-4112
dlacy@cblaw.com
lfwhite@cblaw.com

Maura J. Wogan*
Nicole Bergstrom*
FRANKFURT KURNIT KLEIN & SELZ, PC
28 Liberty Street
New York, New York 10005
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
mwogan@fkks.com
nbergstrom@fkks.com
* *pro hac vice* admission pending

*Counsel for Proposed Intervenors*
*The Interpublic Group of Companies, Inc.*
*and The Martin Agency*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October, 2019, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

> Steven S. Biss (VSB #32972)
> 300 West Main Street, Suite 102
> Charlottesville, Virginia 22903
> Telephone: (804) 501-8272
> Facsimile: (202) 318-4098
> Email: stevenbiss@earthlink.net
>
> *Counsel for Plaintiff Joe Alexander*

/s/
Lauren E. Fisher White (VSB #80360)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.: (804) 697-4100
Fax: (804) 697-4112
lfwhite@cblaw.com