UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOE ALEXANDER

     Plaintiff,

v.                                            Case No. 3:19-cv-00688-JAG

DIET MADISON AVENUE, *et al.*,

     Defendants.

**PROPOSED INTERVENORS' MOTION FOR PROVISIONAL SEALING,
OR IN THE ALTERNATIVE, FOR EXPEDITED HEARING**

Proposed Intervenors, The Interpublic Group of Companies, Inc. ("IPG") and The Martin Agency ("Martin") (collectively, "Proposed Intervenors"), by counsel, pursuant to Rules 5 and 7 of the Local Civil Rules for the United States District Court for the Eastern District of Virginia, hereby move for an order sealing, on a provisional basis, the information that is the subject of Proposed Intervenors' *Motion For Leave To Intervene, To Seal Confidential Information and For Protective Order* [Dk. No. 5] ("Motion To Seal").  In the alternative, Proposed Intervenors request the entry of an order establishing an expedited briefing schedule and hearing on the Motion To Seal.  The grounds for Proposed Intervenors' motion are set forth more fully in the supporting memorandum filed contemporaneously herewith.

WHEREFORE, Proposed Intervenors respectfully request that their motion be granted; that the Court enter an order provisionally sealing the information that is the subject of the Motion To Seal, or in the alternative, establishing the briefing schedule and an expedited hearing as set forth in Proposed Intervenors' supporting memorandum; and that the Court award any additional relief it deems fair and just.

Date:   October 9, 2019.

Respectfully submitted,

THE INTERPUBLIC GROUP OF
COMPANIES, INC.
and
THE MARTIN AGENCY

By Counsel

/s/ David B. Lacy
David B. Lacy (VSB #71177)
Lauren E. Fisher White (VSB #80360)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Tel.:    (804) 697-4100
Fax:    (804) 697-4112
dlacy@cblaw.com
lfwhite@cblaw.com

Maura J. Wogan*
Nicole Bergstrom*
FRANKFURT KURNIT KLEIN & SELZ, PC
28 Liberty Street
New York, New York 10005
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
mwogan@fkks.com
nbergstrom@fkks.com
* *pro hac vice* admission pending

*Counsel for Proposed Intervenors*
*The Interpublic Group of Companies, Inc.*
*and The Martin Agency*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2019, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

> Steven S. Biss (VSB #32972)
> 300 West Main Street, Suite 102
> Charlottesville, Virginia 22903
> Telephone:     (804) 501-8272
> Facsimile:     (202) 318-4098
> Email:     stevenbiss@earthlink.net
>
> *Counsel for Plaintiff Joe Alexander*

> /s/ David B. Lacy
> David B. Lacy (VSB #71177)
> CHRISTIAN & BARTON, LLP
> 909 East Main Street, Suite 1200
> Richmond, Virginia 23219-3095
> Tel.:     (804) 697-4100
> Fax:     (804) 697-4112
> dlacy@cblaw.com

#2541398