UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOE ALEXANDER

    Plaintiff,

v.                                                      Case No. 3:19-cv-00688-JAG

DIET MADISON AVENUE, *et al.*,

    Defendants.

**JOINT STIPULATION OF PLAINTIFF AND PROPOSED INTERVENORS
CONCERNING MOTION FOR LEAVE TO INTERVENE, TO SEAL CONFIDENTIAL
INFORMATION AND FOR PROTECTIVE ORDER**

Plaintiff, by counsel, and Proposed Intervenors The Interpublic Group of Companies, Inc. ("IPG") and The Martin Agency, Inc. ("Martin") (collectively, "Proposed Intervenors"), by counsel, submit this joint stipulation concerning Proposed Intervenors' *Motion For Leave To Intervene, To Seal Confidential Information and For Protective Order* [Dk. No. 5] ("Motion To Seal"). Plaintiff and Proposed Intervenors are referred to collectively herein as the "Parties."

The parties agree to the entry of an order that:

1. Grants Proposed Intervenors' motion for leave to intervene;

2. Orders the Clerk remove the Complaint [Dk. No. 1] from the public docket and maintain it under seal until further order of the Court;

3. Orders the Clerk to file the redacted Complaint attached hereto as Exhibit A and make the redacted Complaint available for public inspection; and

4. Orders that information identifying Plaintiff's accusers, unless the accuser has already identified herself publicly, either directly or through her attorney, be deemed confidential and not filed publicly absent further order of the Court, consistent with the Memorandum Order

entered in the civil action *Perrott v. The Interpublic Group of Companies, Inc., et al*., Case No. 3:18-cv-737-REP (E.D. Va. Apr. 3, 2019), a copy of which is attached to the memorandum in support of the Motion To Seal [Dk. No. 9-6].

Plaintiff's counsel's signature to this joint stipulation is made by undersigned counsel for Proposed Intervenors with Plaintiff's counsel's consent.

| | |
|---|---|
| Date: November 8, 2019. | Respectfully submitted, |
| /s/ David B. Lacy | /s/ Steven S. Biss |
| David B. Lacy (VSB #71177) | Steven S. Biss (VSB #32972) |
| Lauren E. Fisher White (VSB #80360) | 300 West Main Street, Suite 102 |
| CHRISTIAN & BARTON, LLP | Charlottesville, Virginia 22903 |
| 909 East Main Street, Suite 1200 | Telephone: (804) 501-8272 |
| Richmond, Virginia 23219-3095 | Facsimile: (202) 318-4098 |
| Tel.: (804) 697-4100 | Email: stevenbiss@earthlink.net |
| Fax: (804) 697-4112 | |
| dlacy@cblaw.com | |
| lfwhite@cblaw.com | |
| | |
| Maura J. Wogan, Esquire* | |
| Nicole Bergstrom, Esquire* | |
| FRANKFURT KURNIT KLEIN & SELZ, PC | |
| 28 Liberty Street | |
| New York, New York 10005 | |
| Telephone: (212) 980-0120 | |
| Facsimile: (212) 593-9175 | |
| mwogan@fkks.com | |
| nbergstrom@fkks.com | |
| * admitted *pro hac vice* | |
| | |
| *Counsel for Proposed Intervenors* | *Counsel for Plaintiff Joe Alexander* |
| *The Interpublic Group of Companies, Inc.* | |
| *and The Martin Agency* | |

#2550866