**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: 11/8/19

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>Joe Alexander<br>v.<br><br>Diet Madison Avenue, et al. | CASE NO: 3:19CV688<br><br>JUDGE: Gibney<br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING ( X ) OTHER:

APPEARANCES:  Parties by (X)/with ( ) counsel    Pro Se ( )

Motion Hearing: Motion to Intervene and Seal Confidential Information

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )  DEFENDANT(S) ( )  Court ( )
OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )
PLAINTIFF(S) ADUCED EVIDENCE ( )
DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( ) MOTION ( ) _____
EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( x )

CASE CONTINUED UNTIL
ADDITIONAL NOTATIONS:
The motion to intervene is granted. The Court finds that the interests of the Martin Agency, confidentiality of the complaintant, & the effect to others who may want to report harrasment in the workplace warrant keeping the complaintant's name under seal at this time. The plaintiff shall file an amended complaint by Dec 10. The complaintant shall be referred to as Jane Doe. The original complaint will be placed under seal.

_Steven Biss_
Counsel for Plaintiff(s)

_David Lacy, Nicole Bergstrom, Maura Wogan_
Counsel for Intervenors – The Martin Agency, Inc. and The Interpublic Group of Companies, Inc.

SET: 3:00pm   BEGAN: 2:50pm   ENDED: 3:22 pm   TIME IN COURT: 32 mins.
RECESSES: