# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **JOE ALEXANDER,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**DIET MADISON AVENUE, DMA DOE DEFENDANTS 1-17, ADWEEK, LLC, AND PATRICK COFFEE,**<br><br>　　　　　**Defendants.** | Case No. 3:19-cv-00688-JAG |

**[PROPOSED] ORDER**

WHEREAS, this matter came before the Court on Defendants Patrick Coffee and Adweek, LLC's Unopposed Motion for Extension of Time to Respond to the Complaint; and

CONSIDERING the Federal Rules of Civil Procedure and this Court's Local Civil Rules, it appears that there is good cause for granting the Motion;

The motion is hereby GRANTED; and it is hereby ORDERED that Patrick Coffee and Adweek, LLC need not answer, move, or otherwise respond to Plaintiff Joe Alexander's Complaint and instead shall answer, move, or otherwise respond to Plaintiff's forthcoming Amended Complaint.

**SO ORDERED** this _____ day of November, 2019.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John A. Gibney, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge