IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JOE ALEXANDER,<br><br>        Plaintiff,<br><br>        v.<br><br>DIET MADISON AVENUE, DMA DOE DEFENDANTS 1-17, ADWEEK, LLC, AND PATRICK COFFEE,<br><br>        Defendants. | Case No. 3:19-cv-00688-JAG |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
BY DEFENDANT ADWEEK, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Adweek, LLC ("Adweek") declares that it has the following members: (1) Beringer Capital Media Group, Inc., a non-publicly held company, (2) Jeff Litvack, (3) Danny Wright, (4) Mehmet Zenginler, and (5) various other current employees of Adweek. No publicly traded corporation currently owns 10 percent or more of the stock of Adweek or Beringer Capital Media Group, Inc.

Dated: November 20, 2019

                                            */s/ Matthew E. Kelley*
                                            Matthew E. Kelley, Va. Bar No. 84045
                                            Ballard Spahr LLP
                                            1909 K Street NW, 12th Floor
                                            Washington, DC 20006
                                            T: (202) 508-1112
                                            F: (202) 661-2299
                                            kelleym@ballardspahr.com

                                            *Counsel for Defendant Adweek, LLC*