**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **JOE ALEXANDER,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**DIET MADISON AVENUE, JEAN BATTHANY, DANI HURT, MARA BUTA, ADWEEK, LLC, AND PATRICK COFFEE,**<br><br>        **Defendants.** | Case No. 3:19-cv-00688-JAG |

## ADWEEK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Local Civil Rule 7, and, to the extent Virginia law applies, the immunity provided by Virginia Code § 8.01-223.2, Defendants Adweek, LLC and Patrick Coffee (collectively, "Adweek"), by and through undersigned counsel, move this Court for an Order dismissing this action for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Adweek respectfully requests that the Court grant this Motion and enter an Order dismissing this action.

## MEET AND CONFER CERTIFICATION

Pursuant to Local Civil Rule 7(E), undersigned counsel hereby certify that counsel for Adweek met and conferred telephonically with counsel for Plaintiff Joe Alexander on November 19, 2019 and by email on December 17 and 18, 2019. Counsel for Plaintiff advised that Plaintiff was unwilling to withdraw the Amended Complaint or any of its claims.

Dated: December 20, 2019

Respectfully submitted,

BALLARD SPAHR LLP

By */s/ Matthew E. Kelley*
   Matthew E. Kelley, Va. Bar No. 84045
1909 K Street NW, 12th Floor
Washington, DC 20006-1157
Phone: 202-661-2200
Fax: 202-661-2299
kelleym@ballardspahr.com

Michael Berry (*pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: 215-988-9773
Fax: 215-865-8999
berrym@ballardspahr.com

Thomas B. Sullivan (*pro hac vice*)
1675 Broadway, 19th Floor
New York, NY 10019
Phone: 212-850-6139
Fax: 212-223-1942
sullivant@ballardspahr.com

*Counsel for Defendants*
*Adweek, LLC and Patrick Coffee*