**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **JOE ALEXANDER,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DIET MADISON AVENUE, JEAN BATTHANY, DANI HURT, MARA BUTA, ADWEEK, LLC, AND PATRICK COFFEE,**<br><br>    **Defendants.** | Case No. 3:19-cv-00688-JAG |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of the Motion by Defendants Adweek, LLC and Patrick Coffee to Dismiss, any opposition and/or reply filed in connection therewith, and the argument of counsel, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

This action is hereby **DISMISSED** because this Court does not have personal jurisdiction over either Adweek, LLC or Coffee.

Moreover, if the Court did have jurisdiction over either of those Defendants, the action would be dismissed with prejudice because the Defendants are immune from Plaintiff Joe Alexander's claims for defamation, tortious interference with contract, and tortious interference with prospective economic advantage under Virginia Code § 8.01-223.2, and because Plaintiff cannot state any claim against those Defendants as a matter of law.

Dated: _____              _____
                                             John A. Gibney, Jr.
                                             United States District Judge