IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| JOE ALEXANDER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-688-JAG |
| | ) | |
| | ) | |
| DIET MADISON AVENUE | ) | |
| et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# **NOTICE OF VOLUNTARY DISMISSAL**
# **OF THE DMA DEFENDANTS ONLY**

Plaintiff, Joe Alexander, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby serves Notice of Voluntary Dismissal without prejudice of all claims stated in his amended complaint [*ECF No. 29*] against defendants, Diet Madison Avenue, Jean Batthany, Dani Hurt. Mara Buta only.

DATED: May 14, 2020

Signature of Counsel on Next Page

1

JOE ALEXANDER

By:   */s/ Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone: (804) 501-8272
      Facsimile: (202) 318-4098
      Email: **stevenbiss@earthlink.net**

      *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2020 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendants and all interested parties receiving notices via CM/ECF.

By:   */s/ Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone: (804) 501-8272
      Facsimile: (202) 318-4098
      Email: **stevenbiss@earthlink.net**

      *Counsel for the Plaintiff*